IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAEKWON WILLIAMS,    :<br>  Movant,           :<br>                    :<br>v.                  :<br>                    :<br>UNITED STATES OF AMERICA, :<br>  Respondent.       :<br>                    : | CRIMINAL ACTION NO.<br>1:16-CR-0427-AT-14<br><br>CIVIL ACTION NO.<br>1:23-CV-1579-AT |

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation (R&R) recommending that the instant 28 U.S.C. § 2255 motion to vacate be denied with prejudice. [Doc. 1746]. Petitioner has not filed objections in response to the R&R.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected portion under a "clearly erroneous" standard.

After a review of the record and in the absence of objections, this Court concludes that the Magistrate Judge is correct. Accordingly, the R&R, [Doc. 1746], is **ADOPTED** as the order of this Court, and Movant's 28 U.S.C. § 2255 motion to vacate, [Doc. 1715], is **DENIED WITH PREJUDICE**.

AO 72A
(Rev.8/82)

This Court further agrees with the Magistrate Judge that Movant has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. §2253(c)(2), and a certificate of appealability is **DENIED**.  The Clerk is **DIRECTED** to close Civil Action Number 1:23-CV-1579-AT.

**IT IS SO ORDERED**, this 5th day of September, 2023.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)